✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

CHARLES DANIEL CRAIG
4207 County Road 9
Clanton, AL 35045

**WARRANT FOR ARREST**

Case Number: 2:06cr169-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CHARLES DANIEL CRAIG_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Use of a Communicate Facility to Facilitate Drug Distribution

in violation of Title _____21_____ United States Code, Section(s) _846 and 843(b)_

DEBRA P. HACKETT
Name of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

July 24, 2006, Montgomery, Alabama
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |