IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WHA |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Charles Daniel Craig pursuant to a CJA appointment.

          **s/ Thomas M. Goggans**
          Ala. S.J.I.S. GOG001
          2030 East Second Street
          Montgomery AL 36106
          PH: 334.834.2511
          FX: 334.834.2512
          e-mail: tgoggans@tgoggans.com

          Attorney for Defendant
          Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WHA |
| | ) |
| CHARLES DANIEL CRAIG | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 24th day of February, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following:  **Leura Garrett Canary, A. Clark Morris, John T. Harmon, C. Pate Debardeleben, Russell T. Duraski, Daniel G. Hamm, Richard K. Keith, Jay Lewis, Tiffany Bullard McCord, John M. Poti, Joseph P. Van Heest.**

    **s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

2