IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WKW |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**DEFENDANT CHARLES DANIEL CRAIG'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Comes now Defendant Charles Daniel Craig, by and through counsel, and shows as follows:

1. This defendant's pre-trial motions are currently due to be filed by March 29, 2007.

2. This case is on this Court's June 4, 2007 trial term.

3. The discovery materials produced by the government to date include in excess of 7,000 pages of documents and numerous audio and video recordings.

4. The undersigned counsel has been tied up with trial and appellate court proceedings almost all of the last four weeks.

5. The undersigned counsel needs additional time to complete his review of the discovery materials in this case and determine what motions need to be filed on Defendant Charles Daniel Craig's behalf.

6. The undersigned counsel has spoken with Assistant United States Attorney Clark Morris concerning this matter. Ms. Morris has no objection to an extension of the deadline for filing pre-trial motions.

WHEREFORE, Defendant Charles Daniel Craig moves this Court to extend the deadline for filing pre-trial motions.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WHA |
| | ) |
| CHARLES DANIEL CRAIG | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of March, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, A. Clark Morris, John T. Harmon, Daniel Gary Hamm, Jerry Michael Blevins, Dwayne L. Brown, James Robert Cooper, Jr., C. Pate Debardeleben, Russell Turner Duraski, Timothy Charles Halstrom, Richard Kelly Keith, Jay Lewis, Tiffany Bullard McCord, Malcolm Rance Newsome, Henry M. Scharg, Joseph Peter Van Heest, William Rives Blanchard, Jr.**

s/ Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

3