IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**MOTION FOR INTERIM REIMBURSEMENT OF EXPENSE OF DISCOVERY**

Comes now Defendant Charles Daniel Craig, by and through counsel, and, pursuant to 18 U.S.C. § 3006A(d)(1) and the Guide to Judiciary Policies and Procedures, Volume 7, Section C, Chapter 2.27, moves for reimbursement of expenses to purchase the discovery provided by the government in this case. In support of this motion, Defendant Craig states the following:

1. Discovery in this sixteen co-defendant indictment is voluminous. It consists of 7,428 paper pages; 10 DVDs; 19 CDs; 1 floppy disk; 6 videotapes; and, 23 cases of audiocassette tapes.

2. The United States Attorney's Office made the discovery available through Pro Legal Copies of Montgomery, Inc., to be obtained at the expense of the defendant.

3. Defendant has obtained a complete set of the discovery for which he has been billed a total of $1,234.35. A composite of the bills is attached.

WHEREFORE, Defendant Charles Daniel Craig moves that this Court order that undersigned counsel be reimbursed for this extraordinary expense.

1

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WHA |
| | ) |
| CHARLES DANIEL CRAIG | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 3d day of April, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, A. Clark Morris, John T. Harmon, Daniel Gary Hamm, Jerry Michael Blevins, Dwayne L. Brown, James Robert Cooper, Jr., C. Pate Debardeleben, Russell Turner Duraski, Timothy Charles Halstrom, Richard Kelly Keith, Jay Lewis, Tiffany Bullard McCord, Malcolm Rance Newsome, Henry M. Scharg, Joseph Peter Van Heest, William Rives Blanchard, Jr.**

              **s/ Thomas M. Goggans**
              Ala.  S.J.I.S. GOG001
              2030 East Second Street
              Montgomery AL 36106
              PH: 334.834.2511
              FX: 334.834.2512
              e-mail: tgoggans@tgoggans.com

              Attorney for Defendant
              Charles Daniel Craig