Pro Legal Copies of Montgomery, Inc.

# Invoice

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

| Date | Invoice # |
|---|---|
| 3/9/2007 | 6550 |

| Bill To |
|---|
| Thomas M. Goggins, Esq.<br>2030 E 2nd Street<br>Montgomery, Alabama 36106 |

| Ship To |
|---|
|  |

| Terms | Ship |
|---|---|
|  | 3/9/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7.428 | 12 | Litigation Copying | 0.08 | 594.24T |

Signature

**Sales Tax (10.0%)**  $59.42

**Total**  $653.66

Pro Legal Copies of Montgomery, Inc.

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 3/16/2007 | 6575 |

| Bill To |
|---|
| Daniel Hamm, Esq.<br>560 South McDonough Street<br>Montgomery, Alabama 36104 |

| Ship To |
|---|
| Daniel Hammn, Esq.<br>560 South McDonough Street<br>Montgomery, AL 36104 |

| Terms | Ship |
|---|---|
| Net 15 | 3/16/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 6 | Videos | Video Duplication | 12.50 | 75.00T |
| 23 | Cass | Copy of Audio Tape | 5.95 | 136.85T |

Signature

**Sales Tax (10.0%)**   $52.79

**Total**   $580.69