IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169 |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now Defendant Charles Daniel Craig, by and through counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge. Defendant requests that this plea be placed on the October 22, 2007 docket.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Charles Daniel Craig

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169 |
| | ) |
| CHARLES DANIEL CRAIG | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of October, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Clark Morris, John T. Harmon, Dwayne L. Brown, James R. Cooper, Jr., Timothy C. Halstrom, Daniel G. Hamm, Richard K. Keith, Jay Lewis, Tiffany Bullar McCord, Malcolm N. Newman, Henry M. Sharg, Andrew M. Skier, Everett M. Urech, Joseph P. Can Heest, Charles E. Vercellie, Jr., I. M. Winter.

                                                  **s/ Thomas M. Goggans**
                                                  Ala.  S.J.I.S. GOG001
                                                  2030 East Second Street
                                                  Montgomery AL 36106
                                                  PH: 334.834.2511
                                                  FX: 334.834.2512
                                                  e-mail: tgoggans@tgoggans.com

                                                  Attorney for Defendant
                                                  Charles Daniel Craig