IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:06cr169 |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**WITHDRAWAL OF NOTICE OF INTENT TO CHANGE PLEA**

Comes now Defendant Charles Daniel Craig, by and through counsel, and

withdraws his notice of intent to change plea (Doc. # 379)  heretofore filed.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Charles Daniel Craig

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:06cr169 |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of October, electronically filed

this document with the Clerk of the Court using the CM/ECF system which will send

notification of each of the following:  Clark Morris, John T. Harmon, Dwayne L. Brown,

James R. Cooper, Jr., Timothy C. Halstrom, Daniel G. Hamm, Richard K. Keith, Jay

Lewis, Tiffany Bullar McCord, Malcolm N. Newman, Henry M. Sharg, Andrew M.

Skier, Everett M. Urech, Joseph P. Can Heest, Charles E. Vercellie, Jr., I. M. Winter.


**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

2