IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169 |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**UNOPPOSED MOTION TO CONTINUE**

Comes now Defendant Charles Daniel Craig, by and through counsel, and shows as follows:

1. Defendant Charles Craig is a 58 year old man with health problems. Yesterday, Defendant Craig filed a withdrawal of his notice of intent to change plea. (Doc. # 415).

2. The undersigned counsel has been informed on this date that a report of a late proffer by another defendant in this case might be very relevant to Defendant Craig's decision to take this case to trial or enter a plea of guilty. The report of that proffer has not been typed and made available to any counsel yet. However, that report is expected shortly.

3. Defendant Cecillo Pacache, who was only recently apprehended, has filed a motion to continue the trial in this case. (Doc. # 414). (The undersigned counsel is unsure at this point how Defendant Pacache's defense at a trial would mesh with Defendant Craig's defense.)

4. The undersigned counsel has discussed this matter with Assistant United States Attorney A. Clark Morris. Ms. Morris has no objection to continuing the trial of this case.

1

2

WHEREFORE, Defendant Charles Daniel Craig moves this Court to continue the trial of this case to the next jury term.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169 |
| | ) |
| CHARLES DANIEL CRAIG | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23d day of October, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Clark Morris, John T. Harmon, Dwayne L. Brown, James R. Cooper, Jr., Timothy C. Halstrom, Daniel G. Hamm, Richard K. Keith, Jay Lewis, Tiffany Bullar McCord, Malcolm N. Newman, Henry M. Sharg, Andrew M. Skier, Everett M. Urech, Joseph P. Can Heest, Charles E. Vercelli, Jr., I. M. Winter.

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

3