IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**ORDER**

This case is before the Court on defendant Charles Daniel Craig's Motion to Continue (Doc. # 434). The criminal case is currently set for trial during the November 5, 2007 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Mr. Craig in a speedy trial. In support of his motion for continuance, Mr. Craig explains that he seeks a continuance because another defendant has recently made a proffer

that might be relevant to Mr. Craig's decision to take the case to trial but the report of the proffer is not yet available. Additionally, Mr. Craig notes another defendant in the case has filed a motion to continue his trial. The motion is unopposed by the government.

Accordingly, it is ORDERED that the Craig's Motion to Continue Trial (Doc. # 434) is GRANTED. Trial in this matter is continued from **November 5, 2007**, to the criminal term of court beginning on **February 4, 2008.**

DONE this 24th day of October, 2007.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE