IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

## **ORDER**

Upon consideration of defendant's notice of withdrawal of notice of intent to change plea, which the court construes as a motion to withdraw, (Doc. # 415), filed October 22, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE