IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-169-WKW |
| ) | |
| CHARLES DANIEL CRAIG ) | |

## JURY VERDICT

1. As to the charge contained in **Count One** of the Indictment, we, the Jury, find the Defendant:

    ✓  **Guilty**

    or

    _____ **Not Guilty**

of conspiracy to distribute or conspiracy to possess with intent to distribute a controlled substance.

**Note**: If you find the Defendant **not guilty** as charged in **Count One**, do not consider paragraph 2 below. If you find the Defendant **guilty** as charged in **Count One**, complete paragraph 2.

2. We, the Jury, having found the Defendant guilty of the offense charged in **Count One**, further find he conspired to distribute, conspired to possess with intent to distribute, distributed, or possessed with intent to distribute the following controlled substances in the amounts shown (place an X in the appropriate boxes):

    (a)  Marijuana - -

    (i)  Weighing 1000 kilograms or more      ☐

    (ii) Weighing 100 kilograms or more but
         less than 1000 kilograms              ☐

    (iii) Weighing less than 100 kilograms    ☐

    (b)    Cocaine - -

        (i)    Weighing 5 kilograms or more    ☒

        (ii)    Weighing 500 grams or more but less than 5 kilograms    ☐

        (iii)    Weighing less than 500 grams    ☐

    (c)    Cocaine base ("crack" cocaine) - -

        (i)    Weighing 50 grams or more    ☐

        (ii)    Weighing 5 grams or more but less than 50 grams    ☐

        (iii)    Weighing less than 5 grams    ☐

3.    As to the charge contained in **Count Nineteen** of the Indictment, we, the Jury, find the Defendant:

        _X_    **Guilty**

        or

        _____    **Not Guilty**

of using a communications facility to commit, cause, and facilitate the offense in Count One of the Indictment.

4.    As to the charge contained in **Count Twenty-Four** of the Indictment, we, the Jury, find the Defendant:

        _X_    **Guilty**

        or

        _____    **Not Guilty**

of using a communications facility to commit, cause, and facilitate the offense in Count One of the Indictment.

5. As to the charge contained in **Count Twenty-Five** of the Indictment, we, the Jury, find the Defendant:

       _X_      **Guilty**

       or

       ____      **Not Guilty**

of using a communications facility to commit, cause, and facilitate the offense in Count One of the Indictment.

6. As to the charge contained in **Count Twenty-Seven** of the Indictment, we, the Jury, find the Defendant:

       _X_      **Guilty**

       or

       ____      **Not Guilty**

of using a communications facility to commit, cause, and facilitate the offense in Count One of the Indictment.

7. As to the charge contained in **Count Thirty-Two** of the Indictment, we, the Jury, find the Defendant:

       _X_      **Guilty**

       or

       ____      **Not Guilty**

of using a communications facility to commit, cause, and facilitate the offense in Count One of the Indictment.

SO SAY WE ALL

This the _8_ day of May, 2008.

                                               _James Wade Akers_
                                               Foreperson