IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06-CR-169-WKW |
| ) | |
| CHARLES DANIEL CRAIG ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Judgment of Acquittal made on the record at the conclusion of the Government's case-in-chief, it is ORDERED that the motion is **DENIED**.

DONE this 12th day of May, 2008.

      /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE