IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**MOTION FOR INTERIM PAYMENT OF EXPENSE**

Comes now Defendant Charles Daniel Craig, by and through counsel, and shows as follows:

1. The undersigned counsel was appointed to represent Defendant Craig in this case.

2. This case is set for sentencing on July 22, 2008. Defendant Craig will appeal.

3. The undersigned counsel has learned that the government has requested and is receiving a transcript of the trial of this case in advance of sentencing.

4. In order to most accurately address any matters appearing in the trial record at sentencing, the undersigned counsel will need a trial transcript as well.

5. This can be accomplished before sentencing and will not result in a delay of these proceedings.

WHEREFORE, Defendant Charles Daniel Craig moves that this Court order that the court reporter be authorized to prepare a copy of the transcript for the undersigned counsel and submit her voucher for payment in advance of the filing of a notice of appeal.

2

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WHA |
| | ) |
| CHARLES DANIEL CRAIG | ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this the 14th day of July, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, A. Clark Morris, Tommie Brown Hardwick**

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Charles Daniel Craig

3