IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

### **ORDER**

Upon consideration of the Defendant's Motion for Interim Payment of Expense (Doc. # 651), it is ORDERED that the motion is GRANTED. The court reporter is authorized to prepare a copy of the transcript for defense counsel and submit her voucher for payment in advance of the defendant filing a notice of appeal.

DONE this 15th day of July, 2008.

                                                    /s/   W. Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE