2:06-cr/169-005-WKW

To Whom this may concern:

My name is Charles Daniel Craig. I was in court Tuesday July 22 08 for sentencing.

Honorable Judge Keith Watkins sentenced me to a hundred and eighty (180) months.

I want to file a motion for an appeal as soon as possible

Sincerely yours,
Charles D. Craig

RECEIVED
2008 JUL 24 A 9 59
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA