Docket Number. 2:06 CR-169-WKW-5

July 25, 08

To whom This may Concern:

My Name is Charles Daniel Craig. I was recently Found Guilty on Conspiracy Charge in Federal Court. I was Sentenced on July 22, 08. I would Like To File A motion For An Appeal As soon As possible For misrepresantation of me by my lawyer. Please let me know of the circumstances, of this matter, As soon As Possible.

I would Really appreciate your help on This matter.

I Am presently incarcerrated At The Autauga County Metro Facility As of Now

Thank you very much

Charles Daniel Craig
136 N. Court St.
Prattville, Al. 36067

Sincerely your

Charles Daniel Craig

Docket Number 2:06Cr-169 WKW -5

RECEIVED
2008 JUL 29 A 10: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA