IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WKW |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Charles Daniel Craig hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this case on July 30, 2008.

	s/ Thomas M. Goggans
	Ala. State Bar No. 2222-S45-T
	2030 East Second Street
	Montgomery AL 36106
	PH; 334.834.2511
	FX: 334.834.2512
	e-mail tgoggans@tgoggans.com

	Attorney for Defendant
	Charles Daniel Craig

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 31st day of July, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: A. Clark Morris, Tommie Brown Hardwick.

    **s/ Thomas M. Goggans**
    Ala. State Bar No. 2222-S45-T
    2030 East Second Street
    Montgomery AL 36106
    PH; 334.834.2511
    FX: 334.834.2512
    e-mail tgoggans@tgoggans.com

    Attorney for Defendant
    Charles Daniel Craig