IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr169-WKW |
| | ) |
| CHARLES DANIEL CRAIG | ) |

**MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

Pursuant to Rule 24(a )(3), F.R.A.P., Defendant Charles Daniel Craig moves to proceed on appeal in this matter *in forma pauperis*. Defendant Craig was previously determined to be financially unable to obtain adequate defense in a criminal case.

                                                                                   s/ Thomas M. Goggans
                                                                                   Ala. State Bar No. 2222-S45-T
                                                                                   2030 East Second Street
                                                                                   Montgomery AL 36106
                                                                                   PH; 334.834.2511
                                                                                   FX: 334.834.2512
                                                                                   e-mail tgoggans@tgoggans.com

                                                                                  Attorney for Defendant
                                                                                  Charles Daniel Craig

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 31st day of July, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: A. Clark Morris, Tommie Brown Hardwick.

                                              s/ Thomas M. Goggans
                                              Ala. State Bar No. 2222-S45-T
                                              2030 East Second Street
                                              Montgomery AL 36106
                                              PH; 334.834.2511
                                              FX: 334.834.2512
                                              e-mail tgoggans@tgoggans.com

                                              Attorney for Defendant
                                              Charles Daniel Craig