IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

**<u>ORDER</u>**

This cause is before the court on defendant Charles Daniel Craig's Motion to Proceed on Appeal *in Forma Pauperis* (Doc. # 664).  It is ORDERED that the motion is GRANTED.

DONE this 1st day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE