IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

## **ORDER**

This case is before the court on two motions to appeal (Docs. # 661 & 662) filed *pro se* by defendant Charles Daniel Craig. These motions are DENIED as moot because the defendant's attorney has filed a notice of appeal (Doc. # 663).

DONE this 1st day of August, 2008.

          /s/ W. Keith Watkins
          UNITED STATES DISTRICT JUDGE