Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 08, 2008

**Appeal Number: 08-14373-B**
Case Style: USA v. Charles Daniel Craig
District Court Number:  06-00169 CR-N

TO:   Thomas Martele Goggans

CC:   Debra P. Hackett

CC:   A. Clark Morris

CC:   Tommie Brown Hardwick

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 08, 2008

Thomas Martele Goggans
Attorney at Law
2030 E 2ND ST
MONTGOMERY  AL  36106-1617

**Appeal Number: 08-14373-B**
Case Style: USA v. Charles Daniel Craig
District Court Number:  06-00169 CR-N

Party To Be Represented: CHARLES DANIEL CRAIG

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above.  This work is comparable to work performed pro bono publico.  The fee which you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C.§ 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Your Criminal Justice Act (CJA) Voucher is enclosed.  The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled "Eleventh Circuit Plan Under the Criminal Justice Act"

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122.  For all other questions, please call the "Reply To" number shown below.

Within 10 days from this date, you must file the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after filing the notice of appeal, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first.  The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required by for that form.  Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system.  If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate.  You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled.

Your claim for compensation under the Act should be submitted within 60 days after issuance

of mandate or filing of a *cert.* petition. We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and *cert.* petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed.

Thank you for accepting this appointment under the Criminal Justice Act.

    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: Carolyn Magers (404) 335-6181

CJA-1 (8-2007)