# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| ALM | Craig, Charles Daniel | 080730000050 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:06-000169-005 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Pacache, et al | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
Sentencing

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
5/7/08 Jury Trial

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary)       Judge's Initials

A. Apportioned Cost    % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Real Time Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    Date: 7.22.08
Printed Name: Thomas M. Goggans
Telephone Number:
☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

_see attached order_
Signature of Presiding Judicial Officer or By Order of the Court
7/14/2008
Date of Order    Nunc Pro Tunc Date

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME AND MAILING ADDRESS**
Risa L. Entrekin
P.O. Box 5112
Montgomery, AL 36103-5112
Telephone Number: 334-240-2405

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**
On file

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original 5/7/08 | 1-271 | 270 | .90 | 243.00 | | 243.00 |
| ~~Copy~~ Original 5/8/08 | 1-120 | 119 | .90 | 107.10 | | 107.10 |
| Expenses (Itemize): | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | 350.10 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee: Risa L. Entrekin    Date: 7/21/08

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk    Date: 7.22.08

**23. APPROVED FOR PAYMENT**
Signature of Judicial Officer or Clerk    Date: 7.30.08

**24. AMOUNT APPROVED**
350.10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CHARLES DANIEL CRAIG | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Interim Payment of Expense (Doc. # 651), it is ORDERED that the motion is GRANTED. The court reporter is authorized to prepare a copy of the transcript for defense counsel and submit her voucher for payment in advance of the defendant filing a notice of appeal.

DONE this 15th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE